UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ROBERTS, | ) | Case No.: 1:18-cv-01538-DAD-JLT (HC) |
| Petitioner, | ) ) | ORDER STRIKING MOTION |
| v. | ) ) | [Doc. 9] |
| | ) ) | |
| STEPHEN HENDERSON, Associate Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner filed a federal habeas petition on October 5, 2018. (Doc. 1.) After conducting a preliminary screening, the Court found the petition to be deficient. The Court dismissed the petition and directed Petitioner to file a First Amended Petition. (Doc. 5.)

On December 3, 2018, Petitioner filed a First Amended Petition. (Doc. 6.) After reviewing the petition, the Court found it failed to present a cognizable claim and recommended it be dismissed. (Doc. 7.) The Court is presently awaiting the filing of objections, if any.

On November 26, 2018, Petitioner filed a form motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. Because the motion is inapplicable, it will be STRICKEN.

**DISCUSSION**

A motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 is the avenue by which a *federal* prisoner may challenge the validity or constitutionality of his federal conviction or

sentence. <u>Tripati v. Henman</u>, 843 F.2d 1160, 1162 (9th Cir.1988); <u>see also</u> <u>Stephens v. Herrera</u>, 464 F.3d 895, 897 (9th Cir. 2006), *cert. denied*, 549 U.S. 1313 (2007).  A petition for writ of habeas corpus under 28 U.S.C. § 2254 is the exclusive remedy for a *state* prisoner to challenge the fact or duration of his confinement and seek immediate or speedier release. <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 500 (1973).  Petitioner is not a federal prisoner.  He is incarcerated at Kern Valley State Prison serving a sentence on a conviction sustained in Riverside County Superior Court. Therefore, § 2255 is inapplicable. Moreover, he is already proceeding with a habeas petition pursuant to § 2254 in this case, and the arguments he raises in the § 2255 motion were set forth in his First Amended Petition.

**ORDER**

Accordingly, the Court ORDERS that the motion pursuant to § 2255 is STRICKEN.

IT IS SO ORDERED.

Dated: **December 6, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE